IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| DIEGO PAVIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:24-cv-01336 |
| ) | Judge William L. Campbell, Jr. |
| NATIONAL COLLEGIATE ATHLETIC ) | |
| ASSOCIATION, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On this day the Court considered Plaintiff Diego Pavia's Motion to Exceed Page Limits for Memorandum in Support of Motion for Temporary Restraining Order and Preliminary Injunction. The Court finds the Motion is well-taken and it is hereby GRANTED.

The Clerk of Court is Ordered to accept and file the Memorandum of Law attached as Exhibit A to Pavia's Motion to Exceed Page Limits for Memorandum in Support of Motion for Temporary Restraining Order and Preliminary Injunction.

ORDERED this 12th day of November, 2024

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE