IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DIEGO PAVIA, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL COLLEGIATE ATHLETIC )<br>ASSOCIATION, )<br>)<br>   Defendant. ) | NO. 3:24-cv-01336<br><br>JUDGE CAMPBELL |

## ORDER

The Court will hold a telephone status conference on November 14, 2024, at 2:00 p.m., to discuss the briefing schedule and hearing. The parties shall call **855-244-8681** and enter access code **2310 964 0001** to be connected to the call.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE