# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| DIEGO PAVIA, | ) |
| Plaintiff, | ) |
| | ) NO. 3:24-cv-01336 |
| v. | ) |
| | ) JUDGE CAMPBELL |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, | ) |
| Defendant. | ) |

## ORDER

As discussed during the status conference held November 14, 2024, the Court Orders the following:

1. The Court will hold a hearing on Plaintiff's motion for preliminary injunction on **December 4, 2024, at 1:30 p.m.**, at the Fred D. Thompson United States Courthouse and Federal Building, 719 Church Street, Nashville, Tennessee, in Courtroom 6B. By noon on December 2, 2024, the parties shall file the following: (1) any affidavits; (2) witness lists; (3) exhibit lists; (4) any depositions and/or deposition designations; (5) any stipulations; and (6) any motions in limine. No witness shall testify live at the preliminary injunction hearing unless the party calling such witness has identified and made the witness available for a deposition prior to the hearing.

2. Before the hearing date, counsel for the parties shall meet and confer to determine whether an agreement can be reached concerning injunctive relief. Normally, the Court requires lead counsel to conduct such meeting face-to-face. However, under the circumstances here, the Court will not require a face-to-face meeting, but will

suggest that local counsel meet in-person with non-local counsel participating by video conference.

3. Defendant shall respond to Plaintiff's motion for preliminary injunction by November 22, 2024, and Plaintiff shall reply by noon on December 2, 2024. The page limits for these filings are extended to 35 pages and 10 pages, respectively.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE