# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DIEGO PAVIA, | Case No. 3:24-CV-01336 |
| Plaintiff, | CHIEF JUDGE CAMPBELL |
| v. | MAGISTRATE JUDGE NEWBERN |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, | |
| Defendant. | |

## DECLARATION OF TAYLOR ASKEW IN SUPPORT OF DEFENDANT'S FILING RELATING TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

I, Taylor Askew, declare as follows:

I am a partner at the law firm of Holland & Knight LLP and represent Defendant National Collegiate Athletic Association (NCAA) in this litigation. I submit this declaration in support of Defendant's Filing Relating to Plaintiff's Motion for Preliminary Injunction. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently thereto. I am admitted to practice before the United States District Court for the Middle District of Tennessee in this litigation.

1. Attached hereto as Exhibit 2 is a true and correct copy of *NCAA DI Council Votes to Make CHL Players Eligible*, COLLEGE HOCKEY INC. (Nov. 7, 2024), available at https://perma.cc/52UJ-XNVG.

2. Attached hereto as Exhibit 3 is a true and correct copy of the Revised Order Granting Plaintiffs' Motion for Preliminary Settlement Approval as Modified from *In re College Athlete NIL Litigation ("House")*, No. 4:20-cv-03919 (N.D. Cal. Oct. 7, 2024), ECF No. 544.

3. Attached hereto as Exhibit 4 is a true and correct copy of the Amended Stipulation and Settlement Agreement from *House*, No. 4:20-cv-03919 (N.D. Cal. Sept. 26, 2024), ECF No. 535-1.

4. Attached hereto as Exhibit 5 is a true and correct copy of Steve Berkowitz, *Judge Gives Preliminary Approval for NCAA Settlement Allowing Revenue-Sharing with Athletes*, USA TODAY (Oct. 7, 2024), available at https://perma.cc/R2WD-4WBX.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on this 9th day of December 2024 in Nashville, TN.

Dated: December 9, 2024                                  Respectfully submitted,

 

                                                      */s/ Taylor Askew*
Taylor Askew
**HOLLAND & KNIGHT LLP**
511 Union St Suite 2700
Nashville, TN 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
taylor.askew@hklaw.com