IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DIEGO PAVIA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | NO. 3:24-cv-01336 |
| | ) | JUDGE CAMPBELL |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

During the preliminary injunction hearing on December 4, 2024, the Court ordered Defendant National Collegiate Athletic Association ("NCAA") to file a notice stating whether the NCAA is considering a rule change to allow student athletes to compete for five seasons in a five-year period and the status of those considerations. The Court did not invite additional briefing on any other issue.

On December 9, 2024, Defendant filed a Notice that addressed the topic requested and also provided information on other matters. In particular, the Notice discusses the rule change for Canadian Hockey League players and provides a related exhibit, and includes a discussion of the purpose of the eligibility rules. The Court will not consider statements or exhibits concerning matters on topics other than that specifically requested. No additional briefing shall be filed without leave of Court.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE