# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| DIEGO PAVIA, | ) | |
| Plaintiff, | ) ) | |
| | ) | NO. 3:24-cv-01336 |
| v. | ) ) | JUDGE CAMPBELL |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, | ) ) ) | MAGISTRATE JUDGE NEWBERN |
| Defendant. | ) ) | |

## PRELIMINARY INJUNCTION ORDER

For the reasons stated in the accompanying Memorandum, Plaintiff Diego Pavia's ("Pavia") Motion for Preliminary Injunction (Doc. No. 8) is **GRANTED**. Accordingly, effective immediately, it is hereby **ORDERED**:

1. Defendant NCAA, its servants, agents, and employees, and all person acting in active concert or participation with the NCAA are hereby restrained and enjoined from enforcing NCAA Bylaw 12.02.6 *to preclude Pavia* from playing NCAA Division I football in 2025; and

2. Defendant NCAA, its servants, agents, and employees, and all person acting in active concert or participation with the NCAA are further restrained and enjoined from enforcing Bylaw 12.11.4.2, commonly known as the Rule of Restitution, against Pavia, Vanderbilt University, and any Division I institution for which Pavia chooses to play in 2025.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE