IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DIEGO PAVIA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>　　　　Defendant. | Case No. 3:24-CV-01336<br><br>CHIEF JUDGE CAMPBELL<br><br>MAGISTRATE JUDGE NEWBERN |

## NOTICE OF APPEAL

Notice is hereby given that Defendant National Collegiate Athletic Association appeals to the United States Court of Appeals for the Sixth Circuit from the Preliminary Injunction Order (ECF No. 42) and accompanying Memorandum Opinion (ECF No. 41) entered in this action on December 18, 2024.

Dated: December 23, 2024

By: */s/ Rakesh Kilaru*
Rakesh Kilaru (*pro hac vice*)
Tamarra Matthews Johnson (*pro hac vice*)
Cali Arat (*pro hac vice*)
Max Warren (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com
tmatthewsjohnson@wilkinsonstekloff.com
carat@wilkinsonstekloff.com
mwarren@wilkinsonstekloff.com

Taylor J. Askew (BPR 033193)
David J. Zeitlin (BPR 037664)
**HOLLAND & KNIGHT LLP**

1

511 Union Street, Suite 2700
Nashville, Tennessee 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
taylor.askew@hklaw.com
david.zeitlin@hklaw.com

*Counsel for National Collegiate Athletic Association*

cc: United States Court of Appeals for the Sixth Circuit

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2024, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties and counsel of record.

Dated: December 23, 2024

By: */s/ Rakesh Kilaru*
Rakesh Kilaru (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
rkilaru@wilkinsonstekloff.com

*Counsel for National Collegiate Athletic Association*