UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed:  December 26, 2024

Mr. Salvador M. Hernandez
Riley & Jacobson
1906 West End Avenue
Nashville, TN 37203

Mr. Rakesh Kilaru
Wilkinson Stekloff
2001 M Street, N.W.
10th Floor
Washington, DC 20036

Re:  Case No. 24-6153, *Diego Pavia v. NCAA*
Originating Case No. : 3:24-cv-01336

Dear Counsel,

   This appeal has been docketed as case number **24-6153** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.  If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following case opening items should be docketed with the Clerk's office by **January 9, 2025**.  The Disclosure of Corporate Affiliations and Civil Appeal Statement are now automated entries.  Filers may still use the form 6CA-1 and 6CA-53 located on the Court's website if the automated entries do not provide sufficient space.  Additionally, the transcript order must be completed by that date.  For further information and instructions on ordering transcript electronically, please visit the court's website.

Appellant:     Appearance of Counsel
               Civil Appeal Statement of Parties & Issues

                           Disclosure of Corporate Affiliations
                           Application for Admission to 6th Circuit Bar (if applicable)

Appellee:    Appearance of Counsel
                        Disclosure of Corporate Affiliations
                        Application for Admission to 6th Circuit Bar (if applicable)

    If appellant's case opening items are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the rules, please contact the Clerk's office for assistance.

                                      Sincerely yours,

                                      s/Ryan E. Orme
                                      Case Manager
                                      Direct Dial No. 513-564-7079

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 24-6153

DIEGO PAVIA

    Plaintiff - Appellee

v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

    Defendant - Appellant