# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **DIEGO PAVIA,**<br><br>　　　　**Plaintiff,**<br><br>　v.<br><br>**NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,**<br><br>　　　　**Defendant.** | **Case No. 3:24-CV-01336**<br><br>**CHIEF JUDGE CAMPBELL**<br><br>**MAGISTRATE JUDGE NEWBERN** |

## JOINT MOTION TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE

　　　　Plaintiff Diego Pavia ("Plaintiff") and Defendant National Collegiate Athletic Association ("NCAA") (together the "Parties") hereby jointly move to reschedule the Initial Case Management Conference ("ICMC") set for January 14, 2024. Considering the NCAA's appeal of the Court's grant of Plaintiff's Motion for Preliminary Injunction, (ECF Nos. 41–42), the Parties have agreed to move jointly to stay the proceedings before this Court during the pendency of the appeal and will file a Motion to Stay next week. Grant of the Motion to Stay would obviate the need to hold the ICMC. In the event the Court denies the Parties' forthcoming Motion to Stay, the Parties offer the following dates for the ICMC to be rescheduled: February 3, 5, 6, 10, 11, 12, or 14, 2025.

Dated: January 10, 2025

　　　　　　　　　　　　　　　　　　　　By: */s/ Taylor J. Askew*
　　　　　　　　　　　　　　　　　　　　Rakesh Kilaru (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Tamarra Matthews Johnson (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Cali Arat (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Max Warren (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　**WILKINSON STEKLOFF LLP**
　　　　　　　　　　　　　　　　　　　　2001 M Street NW, 10th Floor
　　　　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　　　　Telephone: (202) 847-4000

1

Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com
tmatthewsjohnson@wilkinsonstekloff.com
carat@wilkinsonstekloff.com
mwarren@wilkinsonstekloff.com

Taylor J. Askew (BPR 033193)
David J. Zeitlin (BPR 037664)
**HOLLAND & KNIGHT LLP**
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
taylor.askew@hklaw.com
david.zeitlin@hklaw.com

*Counsel for National Collegiate Athletic Association*

/s*/Ryan Downton*
Texas Bar No. 24036500
Admitted *Pro Hac Vice*
The Texas Trial Group
875 Carr 693, Ste. 103
Dorado, PR 00646*
Phone: 512-680-7947
Ryan@TheTexasTrialGroup.com
*Ryan Downton is licensed in Texas, not Puerto Rico

and

Salvador M. Hernandez (TN# 020121)
Riley & Jacobson, PLC
1906 West End. Ave.
Nashville, TN 37205
P: (615) 320-3700
F: (615) 320-3737
shernandez@rjfirm.com

*Counsel for Diego Pavia*

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2025, I electronically filed the foregoing Motion to Reschedule with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties and counsel of record.

By: */s/ Taylor J. Askew*
Taylor J. Askew
**HOLLAND & KNIGHT LLP**
511 Union Street, Suite 2700
Nashville, Tennessee 37219
taylor.askew@hklaw.com

*Counsel for National Collegiate Athletic Association*