UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DIEGO PAVIA,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>    Defendant. | Case No. 3:24-cv-01336<br><br>Chief Judge William L. Campbell, Jr.<br>Magistrate Judge Alistair E. Newbern |

## ORDER

The parties have moved to continue the initial case management conference set on January 14, 2025, in anticipation of a motion to stay this matter while Defendant appeals the recently entered preliminary injunction. (Doc. No. 46.) The motion is GRANTED. The initial case management conference set on January 15, 2025, is CANCELLED.

If Judge Campbell denies the anticipated motion to stay in part or in full, the parties shall move to reset the initial case management conference no later than seven days after the entry of his order. If Judge Campbell grants the stay, the parties shall move to reset the initial case management conference no later than seven days after Judge Campbell lifts the stay order. It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge