# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **DIEGO PAVIA,**<br><br>      **Plaintiff,**<br><br>  v.<br><br>**NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,**<br><br>      **Defendant.** | **Case No. 3:24-CV-01336**<br><br>**CHIEF JUDGE CAMPBELL**<br><br>**MAGISTRATE JUDGE NEWBERN** |

## JOINT MOTION TO STAY PROCEEDINGS PENDING INTERLOCUTORY APPEAL

Plaintiff Diego Pavia ("Plaintiff") and Defendant National Collegiate Athletic Association ("NCAA") (together, the "Parties") jointly move for a stay of all further proceedings in this Court pending resolution of the NCAA's interlocutory appeal of this Courts' Memorandum and Order, (ECF Nos. 41–42), granting Plaintiff's Motion for Preliminary Injunction, (ECF No. 8). In support of this Motion, the Parties state as follows:

1. On December 26, 2024, the NCAA timely filed a Notice of Appeal of the Court's Memorandum, (ECF No. 41), and Order, (ECF No. 42), granting Plaintiff's Motion for Preliminary Injunction (ECF No. 8). The appeal has been docketed in the United States Court of Appeals for the Sixth Circuit as Case No. 24-6153. The NCAA's opening brief is due February 19, 2025, and Plaintiff's answering brief is due March 21, 2025.

2. 28 U.S.C. § 1292(b) "permits, but does not require, the court to stay proceedings while a party seeks an interlocutory appeal." *T.C. v. Metro Gov't of Nashville and Davidson Cnty.*, No. 3:17-cv-01098, 2019 WL 13128592, at *6 (M.D. Tenn. June 11, 2019). "A district court 'has

broad discretion to stay proceedings as an incident to its power to control its own docket.'" *Id.* (quoting *Clinton v. Jones*, 520 U.S. 681, 706–07 (1997)).

3. The Parties jointly request that this Court exercise its discretion to stay proceedings during the pendency of the interlocutory appeal. Without waiver of any positions and the NCAA agreeing not to assert Mr. Pavia is sitting on his rights as to the remaining claim, the parties agree that the pending appeal will affect how this case proceeds on the merits. Moreover, Plaintiff will not be prejudiced by the requested stay, as the injunction provides him the near-term relief he is seeking while the appeal is resolved.

4. Accordingly, the Parties request that: (1) all proceedings in this Court be stayed pending resolution of Sixth Circuit Case No. 24-6153 or until a party seeks to lift the stay for good cause; and (2) upon resolution of the appeal or the Court lifting the stay, the Court reset its ICMC.

Dated: January 21, 2025

By: */s/ Taylor J. Askew*
Rakesh Kilaru (*pro hac vice*)
Tamarra Matthews Johnson (*pro hac vice*)
Cali Arat (*pro hac vice*)
Max Warren (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com
tmatthewsjohnson@wilkinsonstekloff.com
carat@wilkinsonstekloff.com
mwarren@wilkinsonstekloff.com

Taylor J. Askew (BPR 033193)
David J. Zeitlin (BPR 037664)
**HOLLAND & KNIGHT LLP**
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804

2

taylor.askew@hklaw.com
david.zeitlin@hklaw.com

*Counsel for National Collegiate Athletic Association*

/s/ *Ryan Downton* (with permission by DJZ)
Ryan Downton
Texas Bar No. 24036500
Admitted *Pro Hac Vice*
The Texas Trial Group
875 Carr 693, Ste. 103
Dorado, PR 00646*
Phone: 512-680-7947
Ryan@TheTexasTrialGroup.com
*Ryan Downton is licensed in Texas, not Puerto Rico

and

Salvador M. Hernandez (TN# 020121)
Riley & Jacobson, PLC
1906 West End. Ave.
Nashville, TN 37205
P: (615) 320-3700
F: (615) 320-3737
shernandez@rjfirm.com

*Counsel for Diego Pavia*

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2025, I electronically filed the foregoing Joint Motion to Stay with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties and counsel of record.

By: */s/ Taylor J. Askew*
Taylor J. Askew
**HOLLAND & KNIGHT LLP**
511 Union Street, Suite 2700
Nashville, Tennessee 37219
taylor.askew@hklaw.com

*Counsel for National Collegiate Athletic Association*

3