# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| DIEGO PAVIA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NO. 3:24-cv-01336 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is the parties' joint motion to stay proceedings pending resolution of Defendant's interlocutory appeal of this Court's Memorandum and Order (Doc. Nos. 41, 42) granting Plaintiff's motion for preliminary injunction. (Doc. No. 48). The parties agree that resolution of the appeal will affect how this case proceeds on the merits.

The motion to stay is **GRANTED** and this matter is **STAYED** pending resolution of the interlocutory appeal. The preliminary injunction remains in effect. Within 14 days of the Sixth Circuit's decision on the appeal, the parties shall file a joint status update and motion to lift the stay. The Clerk is directed to administratively close the file during the pendency of the stay.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE