IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DIEGO PAVIA,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>Defendant. | Case No. 3:24-CV-01336<br><br>CHIEF JUDGE CAMPBELL<br><br>MAGISTRATE JUDGE NEWBERN |

## NOTICE OF WITHDRAWAL AS ATTORNEY OF RECORD

Pursuant to LR83.01(g), Tamarra Matthews Johnson hereby gives notice of her withdrawal as counsel of record for Defendant National Collegiate Athletic Association ("NCAA"), and requests that she be removed from the docket and all future notifications in the above-captioned case. After May 7, 2025, Ms. Matthews Johnson will no longer be a member of the law firm Wilkinson Stekloff LLP. Defendant NCAA will continue to be represented by Rakesh Kilaru, Cali Arat, and Max Warren of Wilkinson Stekloff LLP.

Dated: May 7, 2025

By: */s/ Tamarra Matthews Johnson*
Tamarra Matthews Johnson (*pro hac vice*)
Rakesh Kilaru (*pro hac vice*)
Cali Arat (*pro hac vice*)
Max Warren (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
tmatthewsjohnson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
carat@wilkinsonstekloff.com
mwarren@wilkinsonstekloff.com

1

Taylor J. Askew (BPR 033193)
David J. Zeitlin (BPR 037664)
**HOLLAND & KNIGHT LLP**
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
taylor.askew@hklaw.com
david.zeitlin@hklaw.com

*Counsel for National Collegiate Athletic Association*

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2025, I electronically filed the foregoing Notice of Withdrawal as Attorney of Record with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties and counsel of record.

Dated: May 7, 2025

By: */s/ Tamarra Matthews Johnson*
Tamarra Matthews Johnson (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
tmatthewsjohnson@wilkinsonstekloff.com

*Counsel for National Collegiate Athletic Association*