**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: September 12, 2025

Mr. Ryan Downton
The Texas Trial Group
875 Carr 693, Suite 103
Dorado, PR 00646

Mr. Rakesh Kilaru
Wilkinson Stekloff
2001 M Street, N.W., 10th Floor
Washington, DC 20036

Case No. 24-6153, *Diego Pavia v. NCAA*
Originating Case No.: 3:24-cv-01336
Re: **Oral Argument set for Tuesday, September 16, 2025**
**At 10:00 a.m. (Central Time) in Nashville, Tennessee**

Dear Counsel:

Please note the following details regarding oral argument for Tuesday, September 16, 2025 at 10:00 a.m. (Central Time):

Venue:   Middle District of Tennessee, Fred D. Thompson U.S. Courthouse/Federal Building
Address: 719 Church Street, Nashville, Tennessee 37203
Website: www.tnmd.uscourts.gov/content/nashville

Upon arrival to the courthouse, counsel should report directly to Courtroom 6D located on the Sixth Floor of the Fred D. Thompson U.S. Courthouse and Federal Building no later than **9:30 a.m. (Central Time)** to check in with the courtroom deputy.

If you have any questions or concerns, please contact me directly.

Sincerely yours,

s/Robin L. Johnson, Calendar Deputy
Direct Dial No. 513-564-7039

cc: Ms. Jessica Lynn Ellsworth
   Mr. Daniel Epps
   Mr. Salvador M. Hernandez
   Ms. Lynda M. Hill
   Mr. Reedy Swanson