IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DIEGO PAVIA, | ) |
| Plaintiff, | ) ) ) |
| | ) NO. 3:24-cv-01336 |
| v. | ) |
| | ) JUDGE CAMPBELL |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, | ) MAGISTRATE JUDGE NEWBERN ) ) |
| Defendant. | ) ) |

## ORDER

This case was stayed pending resolution of the interlocutory appeal of this Court's Memorandum and Order granting Plaintiff's motion for preliminary injunction. (*See* Order, Doc. No. 49). The appeal has been resolved and the mandate issued on October 23, 2025. (*See* Doc. Nos. 53, 54). Accordingly, the stay is hereby lifted, and the Clerk is directed to reopen the file.

Within fourteen days of the date of this Order, the parties shall file a status update and file a motion for the magistrate judge to set an initial case management conference. (*See* Referral Order, Doc. No. 14).

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE