IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHRISTOPHER BELLAMY, DEMARCUS GRIFFIN, and TJ SMITH, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, <br><br> Defendant. | Case No. 3:25-cv-00750 <br><br> JUDGE CAMPBELL <br> MAGISTRATE JUDGE NEWBERN |

## ORDER

Pending before the Court is Plaintiffs' motion to consolidate this case (the "Bellamy lawsuit") into Case No. 3:24-cv-01336, *Pavia v. NCAA*, also pending in the United States District Court for the Middle District of Tennessee (the "Pavia lawsuit"), for all purposes. (Doc. No. 45). Plaintiffs state that Pavia does not oppose the motion, and that Defendant National Collegiate Athletic Association (NCAA) does not take a position on consolidation.

Given the common factual and legal issues, the Court finds consolidation is appropriate. Accordingly, Plaintiffs' motion to consolidate (Doc. No. 45) is **GRANTED** and this case is hereby consolidated with Case No. 3:24-cv-01336 for all purposes. A copy of this Order shall be docketed in Case No. 3:24-cv-01336 and all future filings shall be made in that case. The Clerk is directed to administratively close the file in this case.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE