# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| DIEGO PAVIA, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 3:24-cv-01336 |
| ) | |
| NATIONAL COLLEGIATE ATHLETIC ) | CHIEF JUDGE CAMPBELL |
| ASSOCIATION, ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFFS' NOTICE OF UPDATED EXHIBIT DESCRIPTIONS

Plaintiffs file this Notice to supply the Court with required Exhibit descriptions on the electronic docket in connection with Plaintiffs' Memorandum in Support of Motion for Preliminary Injunction (Dkt. 68).

DATED: January 1, 2026

Respectfully submitted,

*/s/ Ryan Downton*
Ryan Downton (*Admitted to M.D.Tenn.*)
Texas Bar No. 24036500
**THE TEXAS TRIAL GROUP**
875 Carr 693, Ste. 103
Dorado, PR 00646*
(512) 680-7947
Ryan@TheTexasTrialGroup.com
*Ryan Downton is licensed in Texas, not Puerto Rico

Salvador M. Hernandez (# 020121)
Milton S. McGee III (# 024150)
**RILEY & JACOBSON, PLC**
1906 West End Ave.
Nashville, TN 37205
P: (615) 320-3700
F: (615) 320-3737
shernandez@rjfirm.com
tmcgee@rjfirm.com

*Counsel for Plaintiffs*

1

## CERTIFICATION OF SERVICE

I hereby certify that I caused to be served a true and correct copy of the foregoing upon the following persons via filing on the ECF system on the 1st day of January 2026:

Taylor J. Askew
David J. Zeitlin
**Holland & Knight**
511 Union Street, Suite 2700
Nashville, TN 37219
Tel: (615) 850-8113
Fax: (615) 244-6804
taylor.askew@hklaw.com
david.zeitlin@hklaw.com

Rakesh Kilaru
Max Warren
**Wilkinson Stekloff LLP**
2001 M Street NW
10th Floor
Washington, DC 20036
Tel: (202) 847-4046
Fax: (202) 847-4005
rkilaru@wilkinsonstekloff.com
mwarren@wilkinsonstekloff.com

*/s/ Ryan Downton*
Ryan Downton