IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DIEGO PAVIA, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | NO. 3:24-cv-01336 |
| v. ) | |
| ) | JUDGE CAMPBELL |
| NATIONAL COLLEGIATE ATHLETIC ) | |
| ASSOCIATION, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Plaintiffs' Corrected Unopposed Motion for Leave to File Amended Complaint. (Doc. No. 70). As indicated by the title of the motion, Defendant National Collegiate Athletic Association (NCAA) consents to the amendment. The Motion is therefore **GRANTED** as unopposed. The Clerk shall enter the Second Amended Complaint (Doc. No. 70-1) and attached Exhibits 1-16 (Doc. Nos. 70-2 – 7-17) as a new docket entry. Plaintiffs' previously filed Motion for Leave to File Amended Complaint (Doc. No. 66) and Defendant's Motion to Dismiss a previously filed version of the Complaint (Doc. No. 64) are **DENIED as MOOT**.

Also pending before the Court is Plaintiffs' Motion for Preliminary Injunction (Doc. No. 67) and corrected motion for leave to file under seal declarations related to Plaintiffs' Motion for Preliminary Injunction (Doc. No. 71). Plaintiffs' motion to seal unredacted declarations filed in support of the Motion for Preliminary Injunction is Unopposed. For the reasons set forth in the Motion, this Court has determined that compelling justification exists for ordering the sealing of the unredacted versions the declarations in Exhibit 17, which contain Plaintiffs' individual NIL earning figures. Public versions of the declarations have been filed with narrowly tailored redactions. (*See* Doc. No. 71-1). Accordingly, the corrected motion to seal the unredacted version

of the declarations (Doc. No 71) is **GRANTED**. The uncorrected motion (Doc. No. 69) is **DENIED as MOOT**. It appears Plaintiffs have not yet filed the unredacted versions of the declarations under seal. They shall do so promptly.

With regard to the pending Motion for Preliminary Injunction, Local Rule 7.01(a)(3) allows Defendant 14 days to respond. The motion was filed December 26, 2025, therefore the deadline to respond is January 10, 2026. Plaintiffs' request for a hearing on the motion no later than January 12, 2026, is taken under advisement.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE