IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DIEGO PAVIA, et al., )<br>)<br>Plaintiffs, )<br>) | <br><br><br>NO. 3:24-cv-01336 |
| v. )<br>) | <br>JUDGE CAMPBELL |
| NATIONAL COLLEGIATE ATHLETIC )<br>ASSOCIATION, )<br>)<br>Defendant. ) | |

## ORDER

The Court will hold a telephone conference on **January 12, 2026, at 2:30 p.m.** The parties are directed to dial **855-244-8681** and enter Access Code **2310 964 0001** to be connected to the call.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE