UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DIEGO PAVIA, CHRISTOPHER BELLAMY, DEMARCUS GRIFFIN, TJ SMITH, TREVONTE "TRE" RICHARDSON, TRENT HUDSON, ANDREW BURNETTE, JAMES DJONKAM, IMAN OATES, JOSE "JOEY" AGUILAR, AZARIAH "BEAR" LEVELLS, JACOB DE JESUS, DAVID MURPHY, JA'IR SMITH, ANTHONY FRIAS II, AMANI GIVENS, ZELMAR VEDDER, ALEXANDER JONES, JADEN MOSLEY, EDDY TOUSSOM, KYRI SHOELS, JAMARIEN WHEELER, EMERY FLOYD, JAYDEN DIXON-VEAL, NADAME TUCKER, QUINTRAYVION TAYLOR, AND HOSEA WHEELER<br><br>    Plaintiffs,<br><br>    v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>    Defendant. | Case No. 3:24-cv-01336<br><br>Judge Campbell<br><br>Magistrate Judge Alistair E. Newbern |

### DEFENDANT NATIONAL COLLEGIATE ATHLETIC ASSOCIATION'S UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES

Defendant National Collegiate Athletic Association ("NCAA") hereby moves the Court for leave to file ten (10) excess pages in its forthcoming response to Plaintiffs' Motion for Preliminary Injunction. (ECF No. 67). Consistent with Local Rule 7.1, counsel for the NCAA has conferred with counsel for Plaintiffs regarding the instant request, who has advised that this request is unopposed.

Good cause exists to grant the instant request. Antitrust cases are complex, involving a multi-factor burden-shifting framework, which requires economic analysis. *See Ohio v. Am. Express*, 585 U.S. 529, 542–43 (2018). Given the complexity, similar requests have been granted by federal district courts within Tennessee in other cases presenting Sherman Act challenges to the NCAA's eligibility rules. *See, e.g.*, *Patterson v. NCAA*, No. 3:25-cv-00994 (M.D. Tenn.) (ECF No. 33); *Bellamy v. NCAA*, No. 3:25-cv-00759 (M.D. Tenn.) (ECF No. 23) *Boyd v. NCAA*, 3:25-cv-00729 (M.D. Tenn.) (ECF No. 25); *Pavia v. NCAA*, 3:24-cv-01336 (M.D. Tenn.) (ECF No. 16); *Osuna Sanchez v. NCAA*, 3:25-cv-00062-CEA-DCP (E.D. Tenn.) (ECF No. 19); *Zeigler v. NCAA*, 3:25-cv-00226-KAC-DCP (E.D. Tenn.) (ECF Nos. 24, 26).

Moreover, since filing their Motion for Preliminary Injunction, Plaintiffs have filed a new declaration from economist Dr. Joel Maxcy with their Second Amended Complaint, (ECF No. 74-16), which the Motion does not address. In hopes of avoiding the need to file a sur-reply, the NCAA should be permitted additional pages to address the contents of the declaration.

The equities of the case also support the requested extension. Through their request for preliminary relief, Plaintiffs here seek a resolution that affords them eligibility to participate in another season of Division I intercollegiate football, which is the ultimate relief that Plaintiffs would seek at trial. Given the impact of such an injunction, providing the NCAA a fulsome opportunity to present its arguments is warranted.

WHEREFORE, the NCAA respectfully moves the Court for leave to exceed the page limits for briefing its response to Plaintiffs' Motion for Preliminary Injunction, permitting the NCAA to file a brief of up to thirty-five (35) pages.

| Dated: January 8, 2026 | */s/ Taylor J. Askew* |
|---|---|
| | Taylor J. Askew (BPR 033193) |
| | David J. Zeitlin (BPR 037664) |
| | **HOLLAND & KNIGHT LLP** |
| | 511 Union Street, Suite 2700 |
| | Nashville, Tennessee 37219 |
| | Telephone: (615) 244-6380 |
| | Facsimile: (615) 244-6804 |
| | taylor.askew@hklaw.com |
| | david.zeitlin@hklaw.com |
| | |
| | Rakesh Kilaru (*pro hac vice*) |
| | Max Warren (*pro hac vice*) |
| | **WILKINSON STEKLOFF LLP** |
| | 2001 M Street NW, 10th Floor |
| | Washington, DC 20036 |
| | Telephone: (202) 847-4000 |
| | Facsimile: (202) 847-4005 |
| | rkilaru@wilkinsonstekloff.com |
| | mwarren@wilkinsonstekloff.com |
| | *Counsel for National Collegiate Athletic Association* |

## Certificate of Service

I hereby certify that on January 8, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties and counsel of record.

| Dated: January 8, 2026 | */s/ Taylor J. Askew* |
|---|---|
| | Taylor J. Askew |
| | **HOLLAND & KNIGHT LLP** |
| | 511 Union Street, Suite 2700 |
| | Nashville, Tennessee 37219 |
| | taylor.askew@hklaw.com |
| | |
| | *Counsel for National Collegiate Athletic Association* |

3