ORDER: The motion (Doc. No. 76) is GRANTED.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **DIEGO PAVIA, CHRISTOPHER BELLAMY, DEMARCUS GRIFFIN, TJ SMITH, TREVONTE "TRE" RICHARDSON, TRENT HUDSON, ANDREW BURNETTE, JAMES DJONKAM, IMAN OATES, JOSE "JOEY" AGUILAR, AZARIAH "BEAR" LEVELLS, JACOB DE JESUS, DAVID MURPHY, JA'IR SMITH, ANTHONY FRIAS II, AMANI GIVENS, ZELMAR VEDDER, ALEXANDER JONES, JADEN MOSLEY, EDDY TOUSSOM, KYRI SHOELS, JAMARIEN WHEELER, EMERY FLOYD, JAYDEN DIXON-VEAL, NADAME TUCKER, QUINTRAYVION TAYLOR, AND HOSEA WHEELER** | Case No. 3:24-cv-01336 <br><br> Judge Campbell <br><br> Magistrate Judge Alistair E. Newbern |
| Plaintiffs, | |
| v. | |
| **NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,** | |
| Defendant. | |

### DEFENDANT NATIONAL COLLEGIATE ATHLETIC ASSOCIATION'S UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES

Defendant National Collegiate Athletic Association ("NCAA") hereby moves the Court for leave to file ten (10) excess pages in its forthcoming response to Plaintiffs' Motion for Preliminary Injunction. (ECF No. 67). Consistent with Local Rule 7.1, counsel for the NCAA has conferred with counsel for Plaintiffs regarding the instant request, who has advised that this request is unopposed.