UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DIEGO PAVIA, CHRISTOPHER BELLAMY, DEMARCUS GRIFFIN, TJ SMITH, TREVONTE "TRE" RICHARDSON, TRENT HUDSON, ANDREW BURNETTE, JAMES DJONKAM, IMAN OATES, JOSE "JOEY" AGUILAR, AZARIAH "BEAR" LEVELLS, JACOB DE JESUS, DAVID MURPHY, JA'IR SMITH, ANTHONY FRIAS II, AMANI GIVENS, ZELMAR VEDDER, ALEXANDER JONES, JADEN MOSLEY, EDDY TOUSSOM, KYRI SHOELS, JAMARIEN WHEELER, EMERY FLOYD, JAYDEN DIXON-VEAL, NADAME TUCKER, QUINTRAYVION TAYLOR, AND HOSEA WHEELER<br><br>    Plaintiffs,<br><br>    v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>    Defendant. | Case No. 3:24-cv-01336<br><br>Judge Campbell<br><br>Magistrate Judge Alistair E. Newbern |

### JOINT MOTION TO AMEND THE INITIAL CASE MANAGEMENT ORDER AND EXTEND DEADLINE TO RESPOND TO THE COMPLAINT

Plaintiffs Diego Pavia et al. ("Plaintiffs") and Defendant National Collegiate Athletic Association ("NCAA") hereby jointly move to extend the deadline to amend pleadings and respond to the Complaint. More specifically, Plaintiffs request that the deadline to amend pleadings be extended until fourteen (14) days following the Court's ruling on Plaintiffs' Motion for Preliminary Injunction, (ECF No. 74), and the NCAA's deadline to respond to the Complaint be extended until thirty (30) days following the entry of the Court's preliminary injunction order,

or the filing of Plaintiffs' Third Amended Complaint, whichever is later. For reasons discussed below, good cause exists to grant the requested extension.

Following entry of the Sixth Circuit's Mandate, (ECF No. 54), on the appeal from this Court's earlier Preliminary Injunction Order, (ECF No. 42), this Court ordered Plaintiffs to file an Amended Complaint, (ECF No. 58), which Plaintiff filed on November 21, 2025, (ECF No. 59). After filing the Amended Complaint, the NCAA filed a Motion to Dismiss, (ECF No. 64). While the Motion to Dismiss remained pending, Plaintiffs filed a new Motion for Preliminary Injunction, (ECF No. 67), and a Second Amended Complaint, (ECF No. 74). This Court denied the NCAA's Motion to Dismiss as moot in light of Plaintiffs' amended pleading. (ECF No. 73).

In similar eligibility cases before this Court, when the plaintiffs have filed a pleading with a preliminary injunction motion or while a motion for preliminary injunction was pending, counsel for the parties have generally agreed to extend the deadline to respond to the operative pleading until after the Court rules on the motion for preliminary injunction. *See, e.g.*, *Patterson v. NCAA*, No. 3:25-cv-994 (M.D. Tenn.) (ECF Nos. 46, 47); *Boyd v. NCAA*, No. 3:25-cv-00729 (M.D. Tenn.) (ECF No. 49, ¶ 2) (accomplishing same through agreement to waive service). The Parties seek to accomplish the same here.

But additional good cause exists to extend the deadline to amend pleadings and respond to the operative Complaint. Following this Court's ruling on the pending Motion for Preliminary Injunction, Plaintiffs anticipate filing a Third Amended Complaint, which they expect to include additional named plaintiffs and may assert class allegations. The current deadline to amend pleadings is March 6, 2026, but Plaintiffs will not be able to ascertain the universe of student-athletes interested in participating in the lawsuit as it moves forward until prospective plaintiffs know the disposition of the pending motion. And, given Plaintiffs intend to amend the operative

pleading, which this Court has recognized will render the pending Second Amended Complaint moot. (*See* ECF No. 73). Accordingly, to preserve time and resources, the NCAA respectfully requests an extension of time to respond to the Complaint so that its response may address Plaintiffs' forthcoming pleading, rather than that pending, given the Second Amended Complaint will not be the operative pleading for long.

Accordingly, for good cause shown, the Parties request that:

- The March 6, 2026 deadline to amend pleadings in the Initial Case Management Order, (ECF No. 63), be extended to fourteen (14) days following the Court's ruling on Plaintiffs' Motion for Preliminary Injunction; and

- The NCAA's deadline to respond to the Second Amended Complaint be extended from January 20, 2026 to thirty (30) days following Plaintiff's filing of a Third Amended Complaint, or thirty (30) days following entry of the Court's ruling on Plaintiffs' Motion for Preliminary Injunction, whichever is later.

Respectfully submitted,

Dated: January 15, 2026

*/s/ Ryan Downton* (with permission by DJZ)
Ryan Downton (Admitted pending oath)
Texas Bar No. 24036500
**THE TEXAS TRIAL GROUP**
875 Carr 693, Ste. 103
Dorado, PR 00646*
(512) 680-7947
Ryan@TheTexasTrialGroup.com
*Ryan Downton is licensed in Texas, not Puerto Rico

Salvador M. Hernandez (# 020121)
Milton S. McGee III (# 024150)
**RILEY & JACOBSON, PLC**
1906 West End Ave.
Nashville, TN 37205
P: (615) 320-3700
F: (615) 320-3737
shernandez@rjfirm.com
tmcgee@rjfirm.com

*Counsel for Plaintiffs*

/s/ Taylor J. Askew
Taylor J. Askew (BPR 033193)
David J. Zeitlin (BPR 037664)
**HOLLAND & KNIGHT LLP**
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
taylor.askew@hklaw.com
david.zeitlin@hklaw.com

Rakesh Kilaru (*pro hac vice*)
Max Warren (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com
mwarren@wilkinsonstekloff.com
*Counsel for National Collegiate Athletic Association*

**Certificate of Service**

I hereby certify that on January 15, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties and counsel of record.

Dated: January 15, 2026

/s/ Taylor J. Askew
Taylor J. Askew
**HOLLAND & KNIGHT LLP**
511 Union Street, Suite 2700
Nashville, Tennessee 37219
taylor.askew@hklaw.com

*Counsel for National Collegiate Athletic Association*