# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| DIEGO PAVIA, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | NO. 3:24-cv-01336 |
| v. ) | |
| ) | JUDGE CAMPBELL |
| NATIONAL COLLEGIATE ATHLETIC ) | |
| ASSOCIATION, ) | |
| ) | |
| Defendant. ) | |

## ORDER

After consultation with the parties regarding available dates, a hearing on the motion for preliminary injunction is scheduled for **February 10, 2026, at 1:00 p.m.** at the Fred D. Thompson United States Courthouse and Federal Building, 719 Church Street, Nashville, Tennessee, in Courtroom 6B. Absent extraordinary circumstances, the hearing will conclude by 5:00 p.m.

No witness shall testify live at the preliminary injunction hearing unless the party calling such witness has identified and made the witness available for a deposition prior to the hearing. By February 3, 2025, the parties shall file the following: (1) any affidavits; (2) witness lists; (3) exhibit lists; (4) any depositions and/or deposition designations; (5) any stipulations; and (6) any motions in limine. At the hearing, expert testimony shall be presented following the procedures outlined in Local Rule 39.01(c)(5)(E).

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE