# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| Pavia <br> *Plaintiff* <br> v. <br> National Collegiate Athletic Association <br> *Defendant* | ) <br> ) <br> ) Case No. 3:24-cv-01336 <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Jose "Joey" Aguilar                               .

Date:   01/28/2026

/s/ Cameron T. Norris
*Attorney's signature*

Cameron T. Norris (33467)
*Printed name and bar number*
Consovoy McCarthy PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209

*Address*

cam@consovoymccarthy.com
*E-mail address*

(703) 243-9423
*Telephone number*

*FAX number*