IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DIEGO PAVIA, et al., | ) |
| Plaintiffs, | ) |
| | ) NO. 3:24-cv-01336 |
| v. | ) |
| | ) JUDGE CAMPBELL |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, | ) |
| Defendant. | ) |

**ORDER**

Before the Court is Plaintiff Jose "Joey" Aguilar's Notice of Dismissal. (Doc. No. 82). The Notice is filed under Fed. R. Civ. P. 41(a)(1)(A)(i). Under that Rule, the dismissal is self-executing, and no court order is required. There is, however, some debate on whether dismissal of fewer than all claims or parties must instead be done under Fed. R. Civ. P. 21, which allows the Court to add or drop a party "on just terms."[1]

Given that Mr. Aguilar has been a plaintiff for only a few months, no motion for summary judgment or answer has been filed, and the Court has not yet issued a ruling on the pending motion for preliminary injunction, even if Rule 21 rather than Rule 41 applies, dismissal without prejudice is appropriate. Accordingly, Mr. Aguilar's claims are hereby **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED**.

WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] *See* Committee on Rules of Practice and Procedure Judicial Conference of the United States, *Preliminary Draft: Proposed Amendments to the Federal Rules of Appellate, Bankruptcy, Civil, and Criminal Procedure, and the Federal Rules of Evidence* (August 2025). The proposed amendments to Rule 41 would allow "a plaintiff [to] dismiss its action or one or more of its claims without court order" before the opposing party serves either an answer or a motion for summary judgment. If approved, these changes will go into effect on December 1, 2027.